IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,                                          )<br>)<br>v.                                                    )<br>)<br>GIERTSEN COMPANY OF WISCONSIN, )<br>)<br>Defendant                                       ) | Civil Action No.: 21-cv-1130-JPS |

## INTERIM SETTLEMENT REPORT

Pursuant to this Court's December 27, 2021, Trial Scheduling Order (ECF No. 13), Plaintiff Equal Employment Opportunity Commission ("EEOC") reports that the parties are finalizing settlement of this case. The parties have exchanged settlement offers, counteroffers, and have conferred on an ongoing basis since March 31, 2022. The parties will not require the Court's assistance to finalize the settlement, other than the Court's entry of the negotiated Consent Decree. The parties anticipate filing a Joint Motion for Approval and Entry of the Consent Decree soon.

Respectfully submitted this 6th day of May 2022.

ATTORNEYS FOR PLAINTIFF EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION

*/s/ Leslie N. Carter*
Leslie N. Carter
Senior Trial Attorney
IL # 6311023
EEOC Milwaukee Area Office
310 W. Wisconsin Avenue, Suite 500
Milwaukee, WI 53203
414-662-3711
Email: leslie.carter@eeoc.gov

*/s/Carrie Vance*
Carrie Vance
Senior Trial Attorney

1

WI # 1056606
U.S. Equal Employment Opportunity Commission
Milwaukee Area Office
310 W. Wisconsin Ave, Suite 500
Milwaukee, WI 53203
Telephone: 414-662-3686
Email: carrie.vance@eeoc.gov