# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GIERSTEN COMPANY OF WISCONSIN, <br><br> Defendant. | Case No. 21-CV-1130-JPS <br><br> **ORDER** |

On May 27, 2022, the parties filed a joint motion for entry of a consent decree. ECF No. 19. The Court has reviewed the proposed terms and has no quarrel with them. The Court will, therefore, grant the parties' motion and enter their proposed consent decree. The decree will be docketed separately, along with the notice.

Because the decree requests that the Court retain jurisdiction over this matter for three years, the Court will only administratively close the case at this time. If no party invokes the Court's jurisdiction in the next three years, the case will at that time stand dismissed with prejudice.

Accordingly,

**IT IS ORDERED** that the parties' joint motion for entry of consent decree, ECF No. 19, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the consent decree for a period of three (3) years from the date on which the consent decree is entered, provided that if, at the end of the three (3) year period, any disputes under Paragraph XV of

the consent decree remain unresolved, then the term of the consent decree shall be automatically extended for the sole purpose of resolution of the issues raised in such disputes (and the Court will retain jurisdiction of this matter to enforce the consent decree) until such time as all such disputes have been resolved; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **ADMINISTRATIVELY CLOSED**.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge